THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE, <br><br> Plaintiff, <br><br> v. <br><br> TOTAL TERMINALS INTERNATIONAL, LLC, <br><br> Defendant. | Case No. 2:18-cv-00540-RSL <br><br> [~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE FOR JOINING ADDITIONAL PARTIES |

This matter comes before the Court on Plaintiff Puget Soundkeeper Alliance's ("Soundkeeper's") Unopposed Motion to Extend Deadline for Joining Additional Parties. Soundkeeper requests the Court extend the deadline to join additional parties to November 7, 2018, currently set for August 9, 2018. Having thoroughly considered the briefing and the relevant record, the Court finds that the requested relief should be GRANTED.

Accordingly,

**IT IS ORDERED** that:

The deadline to join additional parties is extended to November 7, 2018.

DATED this 17th day of Aug., 2018.

[~~PROPOSED~~] ORDER GRANTING
PLAINTIFF'S MOTION TO EXTEND
DEADLINE TO JOIN PARTIES
NO. 2:18-cv-00540-RSL 1

*[signature: RS Lasnik]*

HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

By:

/s/ Alyssa L. Englebrecht
Alyssa L. Englebrecht, WSBA No. 46773
Knoll Lowney, WSBA No. 23457
Smith & Lowney PLLC
Attorneys for Plaintiff
2317 E. John St.
Seattle, WA 98112
Tel: (206) 860-2883
Fax: (206) 860-4187
E-mail: knoll@smithandlowney.com;
alyssa@smithandlowney.com

[~~PROPOSED~~] ORDER GRANTING
PLAINTIFF'S MOTION TO EXTEND
DEADLINE TO JOIN PARTIES
NO. 2:18-cv-00540-RSL 2