UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| PUGET SOUNDKEEPER ALLIANCE, | ) | Case No. 2:18-cv-00540-RSL |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING PLAINTIFF'S UNOPPOSED FIRST MOTION TO AMEND THE COMPLAINT |
| TOTAL TERMINALS INTERNATIONAL, LLC, | ) | |
| Defendant. | ) | |

BEFORE THE COURT is Plaintiff's Unopposed First Motion for Leave to Amend Complaint. Having reviewed for the record and considered the issues, the Court finds that Plaintiff's Unopposed Motion for Leave to Amend Complaint should be granted.

Accordingly,

**IT IS ORDERED** that:

The Court grants Plaintiff leave to file its first amended complaint within fourteen days of the entry of this Order.

DATED this 19th day of October, 2018.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFF'S
UNOPPOSED MOTION TO AMEND THE
COMPLAINT
NO. 2:18-cv-00540-RSL 1